# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:23-cv-02802-MCS-JC | Date July 10, 2023 |
| Title *Turesa Wilcox v. Harbor UCLA Medical Center Guild, Inc. et al* | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Matthew J. Carraher | Shireen Y. Wetmore |

**Proceedings: Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P. 12(B)(6) (ECF No. 13) and Motion to Remand Case to Los Angeles Superior Court (ECF No. 14)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.